# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138098

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                                       SC: 138098
                                                        COA: 288538
                                                        Wayne CC: 07-013097-FC
HAKEEM WILLIAMS,
        Defendant-Appellant.

_____/

        On order of the Court, the application for leave to appeal the November 26, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2009

_____
                Clerk

d1019